UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TRAVIS REAGER                                          CIVIL ACTION

VERSUS                                                      NO. 24-1979

C-DIVE, LLC, ET AL                                  SECTION "R" (3)

## ORDER AND REASONS

Before the Court is the joint motion of plaintiffs and defendant to amend the scheduling order.[1]  Upon finding good cause, the Court grants the motion.

Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] scheduling order may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  The "good cause standard requires the party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension." *S&W Enter., L.L.C. v. SouthTrust Bank of Ala., NA*, 315 F.3d 533, 535 (5th Cir. 2003) (internal citations omitted).  Whether to grant or deny a continuance is within the sound discretion of the trial court. *United States v. Alix*, 86 F.3d 429, 434 (5th Cir. 1996).  In deciding whether to grant a continuance, the Court's "judgment range is exceedingly wide, for . . . [it] must consider not only the

---

[1]      R. Doc. 53.

facts of the particular case but also all of the demands on counsel's time and the court's." *Streber v. Hunter*, 221 F.3d 701, 736 (5th Cir. 2000) (quoting *HC Gun & Knife Shows, Inc. v. City of Houston*, 201 F.3d 544, 549-50 (5th Cir. 2000) (internal quotation marks omitted)).

The parties contend that a continuance is necessary because the plaintiff is still undergoing medical treatment for injuries related to his complaint.[2] The Court finds that the parties have shown good cause to continue the trial and unexpired associated deadlines. Accordingly, the Court continues the trial and associated unexpired deadlines to be reset at a scheduling conference held BY TELEPHONE on **APRIL 28, 2026, at 10:00 a.m.** The parties shall call in for the teleconference using phone number (833) 990-9400, Access Code: 124518418. The Court will be represented by its Case Manager at the scheduling conference. All deadlines that have already expired are not reset.

New Orleans, Louisiana, this 27th day of March, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[2]    *See* R. Doc. 53-1.